Certificate Number: 05781-NJ-DE-038938358

Bankruptcy Case Number: 24-19229



05781-NJ-DE-038938358

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2024, at 4:06 o'clock PM PDT, Eligia Lopez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 6, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President