Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19229−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eligia Lopez
   210 Newark Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4932

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 25, 2024.

Dated: November 25, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19229-VFP |
| Eligia Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eligia Lopez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| 520396045 | + | Dereck I Gutierrez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| 520396046 | + | Envision, PO Box 80317, Philadelphia, PA 19101-1317 |
| 520396053 | ++ | LENDINGPOINT, 1201 ROBERTS BLVD, SUITE 200, KENNESAW GA 30144-3612 address filed with court:, LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 520396052 | ++ | LENDINGPOINT, 1201 ROBERTS BLVD, SUITE 200, KENNESAW GA 30144-3612 address filed with court:, LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 520396054 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |
| 520396073 | + | Optum Medical Care, PO Box 71443, Philadelphia, PA 19176-1443 |
| 520396076 | + | Sunnova Energy Corpora, 20 E Greenway Plaza Ste, Houston, TX 77046-2015 |
| 520396081 | + | Urgent Care, PO Box 51055, Newark, NJ 07101-5155 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520396034 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2024 20:50:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396036 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2024 20:50:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:37:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520396038 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:00:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:14:11 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520396041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:14:25 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 520396044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:25:33 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520396043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:36:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520396047 | | Email/Text: bankruptcycourts@equifax.com | Nov 25 2024 20:51:00 | Equifax, P.O. Box 740241, Atlanta, GA |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520396048 | | Email/Text: bankruptcycourts@equifax.com | Nov 25 2024 20:51:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 30374-0241 |
| 520396049 | ^ | MEBN | Nov 25 2024 20:49:43 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520396050 | ^ | MEBN | Nov 25 2024 20:48:52 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520396051 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 25 2024 20:51:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520455972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 25 2024 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520396053 | | Email/Text: Bkynotices@lendingpoint.com | Nov 25 2024 20:51:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 520396052 | | Email/Text: Bkynotices@lendingpoint.com | Nov 25 2024 20:51:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 520396055 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 25 2024 20:51:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520396056 | | Email/Text: camanagement@mtb.com | Nov 25 2024 20:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520396057 | | Email/Text: camanagement@mtb.com | Nov 25 2024 20:51:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520450839 | | Email/Text: camanagement@mtb.com | Nov 25 2024 20:51:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520396058 | | Email/Text: EBN@Mohela.com | Nov 25 2024 20:51:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396070 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 25 2024 20:50:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520396072 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 25 2024 20:50:00 | NMAC, Po Box 660360, Dallas, TX 75266-0360 |
| 520396071 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 25 2024 20:50:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 520464694 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2024 20:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520454702 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2024 20:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520396074 | ^ | MEBN | Nov 25 2024 20:51:01 | RMS, PO Box 5000, Fogelsville, PA 18051-5000 |
| 520396075 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 25 2024 20:50:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520396077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:25:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520396078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:02:03 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520396079 | ^ | MEBN | Nov 25 2024 20:49:10 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520396080 | ^ | MEBN | Nov 25 2024 20:49:30 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520396082 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2024 21:01:01 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396084 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2024 21:25:33 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520431763 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 46 |

| | | | Nov 25 2024 21:25:30 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
|---|---|---|---|---|
| 520439598 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2024 21:01:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520396087 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2024 21:14:33 | Wells Fargo Bank, NA, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520396035 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396037 | *+ | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396059 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396060 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396061 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396062 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396063 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396064 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396065 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396066 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396067 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396068 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396069 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396083 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396085 | *+ | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520396086 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 27, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 46

**below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Eligia Lopez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4