GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

|  |  |  |  |
|---|---|---|---|
| Re: | ELIGIA LOPEZ<br>210 NEWARK AVENUE<br>BLOOMFIELD, NJ  07003 | Atty: | GOLDMAN & BESLOW, LLC<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVE, SUITE 311B<br>EAST ORANGE, NJ  07017 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 24-19229

### RECEIPTS AS OF 01/01/2025           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/15/2024 | $1,000.00 |  | 12/03/2024 | $1,000.00 |  |

**Total Receipts: $2,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 180.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 2,820.00 | 430.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,197.42 | 100.00% | 0.00 | 1,197.42 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,395.11 | 100.00% | 0.00 | 1,395.11 |
| 0005 | CBUSASEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ENVISION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | INTERNAL REVENE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 20,757.45 | 100.00% | 0.00 | 20,757.45 |
| 0019 | LOANCARE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | M&T BANK | (NEW) Prepetition A | 555.93 | 100.00% | 0.00 | 555.93 |
| 0022 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | OPTUM MEDICAL CARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | RMS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | STATE OF NEW JERSEY DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | SUNNOVA ENERGY CORPORATION | UNSECURED | 37,912.67 | 100.00% | 0.00 | 37,912.67 |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | URGENT CARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-19229**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0036 | WELLS FARGO CARD SERVICES | UNSECURED | 19,109.48 | 100.00% | 0.00 | 19,109.48 |
| 0038 | WELLS FARGO CARD SERVICES | UNSECURED | 13,450.16 | 100.00% | 0.00 | 13,450.16 |
| 0041 | ALLY FINANCIAL, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | WELLS FARGO BANK N.A. PERSONAL LE | UNSECURED | 7,207.57 | 100.00% | 0.00 | 7,207.57 |
| 0054 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 13,746.07 | 100.00% | 0.00 | 13,746.07 |

**Total Paid: $3,000.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $2,000.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $3,000.00   =   Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.