UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor, Eligia Lopez
David G. Beslow, Esq. #DGB-5300

In Re:

ELIGIA LOPEZ

Case No.: 24-19279

Chapter: 13

Hearing Date: December 4, 2025

Judge: VFP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion to Expunge Claim of Quantum3 LLC as Agent for Sadino Funding (Doc 28)

Date: November 24, 2025

/s/ David G. Beslow, Esq.
Signature

*rev.8/1/15*