Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19229−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eligia Lopez
   210 Newark Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4932

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 25, 2024.

On 12/2/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:           January 15, 2026
Time:            08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 3, 2025
JAN: mlc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eligia Lopez  
    Debtor

Case No. 24-19229-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Dec 03, 2025     Form ID: 185     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eligia Lopez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| cr | + | Quantum3, Levine & Block, LLC, P.O. Box 422148, Atlanta, GA 30342, UNITED STATES 30342-9148 |
| 520396045 | + | Dereck I Gutierrez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| 520396054 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |
| 520396073 | + | Optum Medical Care, PO Box 71443, Philadelphia, PA 19176-1443 |
| 520396076 | + | Sunnova Energy Corpora, 20 E Greenway Plaza Ste, Houston, TX 77046-2015 |
| 520470717 | + | Sunnova Energy Corporation, 20 Greenway, Suite 540, Houston, TX 77046-2015 |
| 520396081 | + | Urgent Care, PO Box 51055, Newark, NJ 07101-5155 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 20:49:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, UNITED STATES 98083-0788 |
| 520396034 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2025 20:48:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396036 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2025 20:48:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 21:18:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520396038 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 20:57:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 20:57:40 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520396041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 21:08:32 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 520396044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 21:08:23 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520396043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 20:57:43 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520396046 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520396047 | | Email/Text: bankruptcycourts@equifax.com | Dec 03 2025 20:49:00 | Envision, PO Box 80317, Philadelphia, PA 19101 |
| 520396048 | | Email/Text: bankruptcycourts@equifax.com | Dec 03 2025 20:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520396049 | ^ | MEBN | Dec 03 2025 20:48:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520396050 | ^ | MEBN | Dec 03 2025 20:47:26 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520396051 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2025 20:47:13 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| | | | Dec 03 2025 20:48:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520455972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2025 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520396053 | | Email/Text: Bkynotices@lendingpoint.com | Dec 03 2025 20:48:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 520396052 | | Email/Text: Bkynotices@lendingpoint.com | Dec 03 2025 20:48:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 520396055 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 03 2025 20:48:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520396056 | | Email/Text: camanagement@mtb.com | Dec 03 2025 20:48:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520396057 | | Email/Text: camanagement@mtb.com | Dec 03 2025 20:48:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520450839 | | Email/Text: camanagement@mtb.com | Dec 03 2025 20:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520396058 | | Email/Text: EBN@Mohela.com | Dec 03 2025 20:48:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520486900 | | Email/Text: EBN@Mohela.com | Dec 03 2025 20:48:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520396070 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520396072 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | NMAC, Po Box 660360, Dallas, TX 75266-0360 |
| 520396071 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 520468775 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520464694 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2025 20:48:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520454702 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 20:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520396074 | ^ | MEBN | Dec 03 2025 20:48:11 | RMS, PO Box 5000, Fogelsville, PA 18051-5000 |
| 520396075 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 03 2025 20:48:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520396077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 20:56:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520396078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 21:08:25 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520396079 | ^ | MEBN | Dec 03 2025 20:47:15 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520396080 | ^ | MEBN | | |

Case 24-19229-VFP   Doc 35   Filed 12/05/25   Entered 12/06/25 00:18:27   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 185 | Total Noticed: 51 |

| Recip ID | | Method | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | Dec 03 2025 20:47:20 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520396082 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Dec 03 2025 21:08:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396084 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | Dec 03 2025 21:08:21 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520431763 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Dec 03 2025 21:08:21 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 520439598 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Dec 03 2025 21:08:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520396087 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | Dec 03 2025 20:56:53 | Wells Fargo Bank, NA, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520396035 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396037 | *+ | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396059 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396060 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396061 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396062 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396063 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396064 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396065 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396066 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396067 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396068 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396069 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396083 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396085 | *+ | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520396086 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Eligia Lopez ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Quantum3 wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6