GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  ELIGIA LOPEZ  
    210 NEWARK AVENUE  
    BLOOMFIELD, NJ 07003

Atty: GOLDMAN & BESLOW, LLC  
    ATTORNEYS AT LAW  
    7 GLENWOOD AVE, SUITE 311B  
    EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-19229

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $60,000.00**

## RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/15/2024 | $1,000.00 | | 12/03/2024 | $1,000.00 | |
| 01/03/2025 | $1,000.00 | | 02/03/2025 | $1,000.00 | |
| 03/04/2025 | $1,000.00 | | 04/01/2025 | $1,000.00 | |
| 05/02/2025 | $1,000.00 | | 06/03/2025 | $1,000.00 | |
| 07/02/2025 | $1,000.00 | | 08/01/2025 | $1,000.00 | |
| 09/02/2025 | $1,000.00 | | 10/02/2025 | $1,000.00 | |
| 11/03/2025 | $1,000.00 | | 12/03/2025 | $1,000.00 | |
| 01/05/2026 | $1,000.00 | | | | |

**Total Receipts: $15,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 08/18/2025 | $58.78 | 8,004,708 | | 08/18/2025 | $68.50 | 8,004,708 |
| | 09/16/2025 | $9.91 | 8,004,742 | | 09/16/2025 | $11.53 | 8,004,742 |
| | 10/20/2025 | $9.80 | 8,004,783 | | 10/20/2025 | $11.43 | 8,004,783 |
| | 11/17/2025 | $9.81 | 8,004,827 | | 11/17/2025 | $11.42 | 8,004,827 |
| | 12/15/2025 | $9.81 | 8,004,865 | | 12/15/2025 | $11.43 | 8,004,865 |
| | 01/12/2026 | $9.81 | 8,004,906 | | 01/12/2026 | $11.42 | 8,004,906 |
| M&T BANK | | | | | | | |
| | 02/10/2025 | $510.00 | 940,074 | | 03/17/2025 | $45.93 | 941,426 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 08/18/2025 | $674.76 | 949,389 | | 09/16/2025 | $113.78 | 950,733 |
| | 10/20/2025 | $112.57 | 952,198 | | 11/17/2025 | $112.58 | 953,647 |
| | 12/15/2025 | $112.59 | 955,050 | | 01/12/2026 | $112.59 | 956,459 |

**Chapter 13 Case # 24-19229**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/18/2025 | $1,018.93 | 8,004,710 | | 09/16/2025 | $171.81 | 8,004,749 |
| | 10/20/2025 | $170.00 | 8,004,790 | | 01/12/2026 | $510.04 | 8,004,911 |
| SUNNOVA ENERGY CORPORATION | | | | | | | |
| | 11/17/2025 | $2,795.84 | 953,079 | | 12/15/2025 | $310.53 | 954,477 |
| | 01/12/2026 | $310.53 | 955,901 | | | | |
| WELLS FARGO BANK N.A. PERSONAL LENDING | | | | | | | |
| | 08/18/2025 | $353.81 | 949,775 | | 09/16/2025 | $59.65 | 951,146 |
| | 10/20/2025 | $59.03 | 952,645 | | 11/17/2025 | $59.03 | 954,056 |
| | 12/15/2025 | $59.04 | 955,481 | | 01/12/2026 | $59.00 | 956,875 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 08/18/2025 | $938.04 | 949,783 | | 08/18/2025 | $660.24 | 949,783 |
| | 09/16/2025 | $158.17 | 951,155 | | 09/16/2025 | $111.32 | 951,155 |
| | 10/20/2025 | $156.50 | 952,654 | | 10/20/2025 | $110.16 | 952,654 |
| | 11/17/2025 | $156.51 | 954,065 | | 11/17/2025 | $110.15 | 954,065 |
| | 12/15/2025 | $156.52 | 955,492 | | 12/15/2025 | $110.17 | 955,492 |
| | 01/12/2026 | $156.42 | 956,885 | | 01/12/2026 | $110.10 | 956,885 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 850.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,197.42 | * | 107.92 | |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,395.11 | * | 125.73 | |
| 0005 | CBUSASEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | ENVISION | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | INTERNAL REVENE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 20,757.45 | * | 1,870.78 | |
| 0019 | LOANCARE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | M&T BANK | (NEW) Prepetition | 555.93 | 100.00% | 555.93 | |
| 0022 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0026 | OPTUM MEDICAL CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | RMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | STATE OF NEW JERSEY DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0029 | SUNNOVA ENERGY CORPORATION | UNSECURED | 37,912.67 | * | 3,416.90 | |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | URGENT CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | WELLS FARGO CARD SERVICES | UNSECURED | 19,109.48 | * | 1,722.16 | |
| 0038 | WELLS FARGO CARD SERVICES | UNSECURED | 13,450.16 | * | 1,212.14 | |
| 0041 | ALLY FINANCIAL, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | WELLS FARGO BANK N.A. PERSONAL LE | UNSECURED | 7,207.57 | * | 649.56 | |
| 0054 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 13,746.07 | * | 1,238.87 | |

**Total Paid: $14,999.99**
See Summary

**Chapter 13 Case # 24-19229**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $15,000.00    -    Paid to Claims: $10,899.99    -    Admin Costs Paid: $4,100.00    =    Funds on Hand: $0.01

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.