Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  24−19229−VFP
                                        Chapter:  13
                                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eligia Lopez
   210 Newark Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4932

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 21, 2026.

Dated: January 21, 2026
JAN: gml

                                                                                                                                Jeanne Naughton
                                                                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19229-VFP |
| Eligia Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 21, 2026 | Form ID: plncf13 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eligia Lopez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| cr | + | Quantum3, Levine & Block, LLC, P.O. Box 422148, Atlanta, GA 30342, UNITED STATES 30342-9148 |
| 520396045 | + | Dereck I Gutierrez, 210 Newark Avenue, Bloomfield, NJ 07003-4990 |
| 520396054 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |
| 520396073 | + | Optum Medical Care, PO Box 71443, Philadelphia, PA 19176-1443 |
| 520396076 | + | Sunnova Energy Corpora, 20 E Greenway Plaza Ste, Houston, TX 77046-2015 |
| 520470717 | + | Sunnova Energy Corporation, 20 Greenway, Suite 540, Houston, TX 77046-2015 |
| 520396081 | + | Urgent Care, PO Box 51055, Newark, NJ 07101-5155 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 21:12:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, UNITED STATES 98083-0788 |
| 520396034 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2026 21:10:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396036 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2026 21:10:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:19:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520396038 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:19:34 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:40 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520396041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:20:11 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 520396044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:55 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520396043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:41 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520396046 | + | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: plncf13 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520396047 | | Email/Text: bankruptcycourts@equifax.com | Jan 21 2026 21:12:00 | Envision, PO Box 80317, Philadelphia, PA 19101 |
| 520396048 | | Email/Text: bankruptcycourts@equifax.com | Jan 21 2026 21:11:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520396049 | ^ | MEBN | Jan 21 2026 21:11:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520396050 | ^ | MEBN | Jan 21 2026 21:00:29 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520396051 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 20:59:57 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520455972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 21:11:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520396053 | | Email/Text: Bkynotices@lendingpoint.com | Jan 21 2026 21:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520396052 | | Email/Text: Bkynotices@lendingpoint.com | Jan 21 2026 21:11:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 520396055 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 21 2026 21:11:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 520396056 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520396057 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520450839 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520396058 | | Email/Text: EBN@Mohela.com | Jan 21 2026 21:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520486900 | | Email/Text: EBN@Mohela.com | Jan 21 2026 21:11:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396070 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 21 2026 21:11:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520396072 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 21 2026 21:11:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520396071 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 21 2026 21:11:00 | NMAC, Po Box 660360, Dallas, TX 75266-0360 |
| 520468775 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 21 2026 21:11:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 520464694 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 21:11:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520454702 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 21:10:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520396074 | ^ | MEBN | Jan 21 2026 21:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520396075 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 21 2026 21:01:36 | RMS, PO Box 5000, Fogelsville, PA 18051-5000 |
| 520396077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:10:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520396078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:19:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520396079 | ^ | MEBN | Jan 21 2026 21:20:03 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520396080 | ^ | MEBN | Jan 21 2026 21:00:05 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: plncf13 | Total Noticed: 51 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 21 2026 21:00:10 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520396082 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 21 2026 21:20:05 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396084 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 21 2026 21:19:50 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520431763 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 21 2026 21:19:35 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 520439598 |    Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 21 2026 21:19:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520396087 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 21 2026 21:20:04 | Wells Fargo Bank, NA, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520396035 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520396037 | *+ | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520396040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520396059 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396060 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396061 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396062 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396063 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396064 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396065 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396066 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396067 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396068 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396069 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520396083 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520396085 | *+ | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520396086 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David G. Beslow | on behalf of Debtor Eligia Lopez ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Quantum3 wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6